John Q. Woods, appellant, v. Frank Harris Sons Company, Inc., appellee. Gen. No. 32,876.

Opinion filed April 17, 1929.
Frederick A. Gariepy and Owen Rall, for appellant. Slottow & Leviton, for appellee; Charles Leviton and Wendell Carnahan, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Frank R. Hamilton, appellee, v. Erhard Westerberg, appellant. Gen. No. 32,981.

Opinion filed April 17, 1929.
Reuel H. Grunewald, for appellant. Edwin Hamilton, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

S. E. Chapin, appellee, v. Theodore M. Blumenthal, trading as Chicago Store Fixture Exchange, appellant. Gen. No. 32,990.

Opinion filed April 17, 1929.
Weissenbach, Hartman, Craig & Okin, for appellant; Harry Okin, of counsel. Harry C. Moran, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

George C. Lowe, appellee, v. Arthur H. Rance et al., trading as Prudential Realty Company, appellants. Gen. No. 33,044.

Opinion filed March 17, 1929.
Harold Engstrom, for appellants; Austin L. Wyman, of counsel. Ernest C. Reniff, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.